STATE OF CONNECTICUT *v.* ABDUL N. PEAY

The petition by the plaintiff in error Abdul N. Peay for certification for appeal from the Appellate Court, 111 Conn. App. 427 (AC 29052), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Abdul N. Peay,* pro se, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided May 6, 2009

WILLIAM BLACKER, JR., ET AL. *v.* MARK S. CRAPO

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 795 (AC 28703), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*James H. Lee,* in support of the petition.

*Patrick E. Power,* in opposition.

Decided May 6, 2009